McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDILBERTO MATIAS FLORES,<br><br>Defendant. | CASE NO. 1:18-MJ-00020-SKO<br><br>UNITED STATES' MOTION TO DISMISS & ORDER |

The United States of America, by and through its undersigned counsel, hereby moves to dismiss without prejudice the complaint in this case pursuant to Federal Rule of Criminal Procedure 48.

Dated: June 9, 2020                                    McGREGOR W. SCOTT
                                                       United States Attorney


                                                By:    /s/ LAURA D. WITHERS
                                                       LAURA D. WITHERS
                                                       Assistant United States Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the complaint in the above-captioned matter is dismissed without prejudice, upon application of the United States of America.

IT IS SO ORDERED.

Dated:   **June 10, 2020**                               /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE